HERBERT C. HALLAS ET AL. *v.* FREEDOM OF
INFORMATION COMMISSION ET AL.

The plaintiffs' petition for certification for appeal
from the Appellate Court, 18 Conn. App. 291, is denied.

*Mary Katz Moule,* in support of the petition.

*Timothy S. Fisher,* in opposition.

Decided June 6, 1989

ALEXANDERINA CLARKE *v.* BRIDGEPORT ROMAN
CATHOLIC DIOCESAN CORPORATION

The plaintiff's petition for certification for appeal
from the Appellate Court, 18 Conn. App. 818, is denied.

*John T. Bochanis,* in support of the petition.

*Michael T. Ryan,* in opposition.

Decided June 6, 1989

ROGER S. MANCHESTER ET AL. *v.* ZONING BOARD OF
APPEALS OF THE TOWN OF WESTON ET AL.

The plaintiffs' petition for certification for appeal
from the Appellate Court, 18 Conn. App. 69, is denied.

*Benjamin Gershberg,* in support of the petition.

*Walter A. Flynn, Jr.,* in opposition.

Decided June 21, 1989

STATE OF CONNECTICUT *v.* CHRISTOPHER P. BRUENS

The defendant's petition for certification for appeal
from the Appellate Court, 18 Conn. App. 459, is denied.

*Carl D. Eisenman,* public defender, in support of the
petition.

*Mitchell S. Brody,* deputy assistant state's attorney
in opposition.

Decided June 21, 1989